IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM GARDNER,

    Plaintiff,

v.                                                                        No. 1:25-cv-01212-SCY

COLDWELL BANKER LEGACY LLC, JUMP
INC., JOHN LOPEZ, PLATINUM REAL ESTATE
PARTNERS LLC, NEW MEXICO LAND AND
TITLE CO., CHAD HAMM, STATE OF NEW
MEXICO, GATTON & ASSOCIATES, P.C.,
GIDDENS AND GATTON LAW FIRM P.C.,
DAVID GIDDENS, in his official and individual
capacities, CHRIS GATTON, in his official and
individual capacities, BURRAGE & JOHNSON,
CPAs, LLC, ACCOUNTING, and JEROME
JOHNSON, in his official and individual capacities,

    Defendants.

## ORDER DENYING MOTION FOR CHANGE OF VENUE

Plaintiff asks the Court to transfer this case from the Albuquerque division of this Court to the Las Cruces division pursuant to 28 U.S.C. § 1404(a) which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

*See* Motion for Change of Venue, Doc. 6, filed December 18, 2025.

The Court denies Plaintiff's Motion for Change of Venue without prejudice as premature. None of the Defendants have appeared in this case. Consequently, the Court cannot evaluate the convenience of all parties and witnesses. Nor have all Defendants consented to the transfer of this case to the Las Cruces division.

**IT IS ORDERED** that Plaintiff's Motion for Change of Venue, Doc. 6, filed December 18, 2025, is **DENIED.**

_____
**UNITED STATES MAGISTRATE JUDGE**